FILED
Oct 8  2 13 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS  :
ENTERTAINMENT I, LLC  :
d/b/a CHARTER COMMUNCIATIONS  :
OF WESTERN CONNECTICUT,  :
   :
    Plaintiff,  :  CIVIL ACTION
   :  NO. 3:00CV00286 (GLG)
v.  :
   :
JEAN BROWN,  :
   :
    Defendant.  :  OCTOBER 7, 2003

Motion GRANTED.
Gerard L. Goettel, USDJ
10/14/03

## PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut ("Charter") moves, pursuant to Fed. Rule Civ. Pro. 69 and Conn. Gen. Stat. § 52-397, for an order compelling Defendant Jean Brown to appear in court to be examined under oath concerning any property and means of paying the judgment rendered against her by this Court on May 1, 2001.

"In proceedings on and in aid of execution" of a judgment, Fed. Rule. Civ. Pro 69 explicitly adopts the procedure of the state in which the District Court sits. More specifically, Fed. Rule Civ. Pro. 69, explicitly adopts state court procedures permitting the judgment creditor "to obtain discovery from any person, including the judgment debtor, in the manner provided in these rules or in the manner provided by the practice of the state in