FILED
APR 5  1 46 PM '04

FILED
DEC 30  1 56 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS  :
ENTERTAINMENT I, LLC  :
d/b/a CHARTER COMMUNCIATIONS  :
OF WESTERN CONNECTICUT,  :
　　　　　　　　　　　　　　　　:
    Plaintiff,  :  CIVIL ACTION
　　　　　　　　　　　　　　　　:  NO. 3:00CV00286 (GLG)
v.  :
　　　　　　　　　　　　　　　　:
JEAN BROWN,  :
　　　　　　　　　　　　　　　　:
    Defendant.  :  DECEMBER 16, 2003

## ORDER FOR EXAMINATION OF JUDGMENT DEBTOR

Per this Court's request upon the granting of Charter Communications Entertainment I, LLC's ("Charter") Petition for Examination of Judgment Debtor (copy attached), Charter hereby submits its Order for Examination of Judgment Debtor.

## ORDER AND SUMMONS TO APPEAR

The Petition for Examination of Judgment Debtor having been presented to the court, IT IS ORDERED that **Jean Brown ("Judgment Debtor"), of 14 Wellsville Avenue, New Milford, Connecticut 06776,** appear before the United States District Court, District of Connecticut, 14 Cottage Place, Waterbury, Connecticut, to be examined under oath concerning the judgment debtor's property and means of paying the judgment described in

the Petition for Examination of Judgment Debtor on the ___6th___ day of ___May___, 2004, at __2:30__ p.m.

TO ANY PROPER OFFICER:

By authority of the United States District Court, District of Connecticut, you are commanded to give notice of the pendency of this Petition and to summon the judgment debtor to appear at the place, date and time set for the examination by serving on said judgment debtor, as prescribed by law for the service of civil process, a true and attested copy of the foregoing Petition and of this order **at least twelve days** prior to the hearing date shown above.

Make service and return this petition to the court **at least six days** prior to the hearing date shown above.

Date: ___Dec. 22, 2003___                               _____
                                                        JUDGE/~~CLERK~~