United States District Court
District of [Connecticut]
FILED

4 | 5

B. [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNCIATIONS
OF WESTERN CONNECTICUT,

    Plaintiff,

v.

JEAN BROWN,

    Defendant.

CIVIL ACTION
NO. 3:00CV00286 (GLG)

DECEMBER 30, 2003

## ORDER FOR EXAMINATION OF JUDGMENT DEBTOR

Per this Court's request upon the granting of Charter Communications Entertainment I, LLC's ("Charter") Petition for Examination of Judgment Debtor (copy attached), Charter hereby submits its Order for Examination of Judgment Debtor.

## ORDER AND SUMMONS TO APPEAR

The Petition for Examination of Judgment Debtor having been presented to the court, IT IS ORDERED that **Jean Brown ("Judgment Debtor"), of 158 Grove Street, New Milford, Connecticut 06776,** appear before the United States District Court, District of Connecticut, 14 Cottage Place, Waterbury, Connecticut, to be examined under oath concerning the judgment debtor's property and means of paying the judgment described in

the Petition for Examination of Judgment Debtor on the __6th__ day of __May__, 2004, at __2:30__ p.m.

TO ANY PROPER OFFICER:

By authority of the United States District Court, District of Connecticut, you are commanded to give notice of the pendency of this Petition and to summon the judgment debtor to appear at the place, date and time set for the examination by serving on said judgment debtor, as prescribed by law for the service of civil process, a true and attested copy of the foregoing Petition and of this order **at least twelve days** prior to the hearing date shown above.

Make service and return this petition to the court **at least six days** prior to the hearing date shown above.

Date: __Dec. 22, 2003__            _____
                                    JUDGE/CLERK