UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT 1, LLC d/b/a CHARTER COMMUNICATIONS, OF WESTERN CONNECTICUT<br><br>Plaintiff,<br><br>v.<br><br>JEAN BROWN,<br><br>Defendant. | CASE NO. 3:00-cv-00286-GLG<br><br>APPEARANCE |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 5 (b), please enter my appearance as counsel in this case for plaintiff Charter Communications Entertainment 1, LLC d/b/a Charter Communications of Western Connecticut.

Dated: Mineola, New York
       May 2, 2008

                                      Yours, etc.,

                                      LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
                                      Attorney for the Plaintiff

                                      By: _____
                                      Patrick J. Sullivan (ct26167)
                                      92 Willis Avenue, Second Floor
                                      Mineola, New York 11501
                                      Phone: (516) 342-1248
                                      Fax:   (516) 747-9405
                                      e-mail: lawofficespjs1@optonline.net

                                      Local Office Pursuant to Local Civil Rule 83.1(c):

                                      Joseph M. Tobin, Esq.
                                      Tobin & Melien
                                      45 Court Street
                                      New Haven, CT 06511
                                      Phone: (203) 777-6660
                                      Fax:   (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On May 2, 2008, I served a copy of the foregoing Appearance by first class postage prepaid mail to the party identified below as follow:

   Jean Brown
   158 Grove Street
   New Milford, CT  06470

2. On May 2, 2008, I served a copy of the foregoing Appearance by e-mail to the attorney set forth below as follows:

   Ryan Mihalic, Esq.
   Murtha Cullina LLP
   Cityplace I, 185 Asylum Street
   Hartford, CT  06103-3469
   rmihalic@murthalaw.com

Dated: Mineola, New York
       May 2, 2008

_____
PATRICK J. SULLIVAN (ct26167)